FILED'08 AUG 08 09:20USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

JANICE M. MARTIN,
      Plaintiff,

      v.

MICHAEL ASTRUE,
Commissioner of Social Security,
      Defendant.

CV 07 - 1837 - KI

ORDER

Based upon the stipulation of the parties, it is hereby **ORDERED** that attorney fees in the amount of $6,022.50, and costs in the amount of $0.00, for a total of $6,022.50, are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920, payable directly to Plaintiff's Attorney, Richard F. McGinty. There are no expenses to be paid herein.

DATED this _8th_ day of August 2008.

_____
UNITED STATES DISTRICT JUDGE

presented by:
Richard F. McGinty, OSB # 86071
Attorney for Plaintiff

Page -1-    ORDER                                                    [CV 07 - 1837 - KI]